UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS C. RIOJAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-150 |
| | § | |
| KLEBERG COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal (D.E. 13), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 28th day of September, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE